DOC # 50

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JOHN W. ASH,<br>FRANCIS LORENZO,<br>NG LAP SENG a/k/a "David Ng,"<br>JEFF C. YIN a/k/a "Yin Chuan,"<br>SHIWEI YAN a/k/a "Sheri Yan,"<br>HEIDI HONG PIAO a/k/a "Heidi Park,"<br><br>Defendants. | Civil Action No. 15-mj-3562<br><br>**NOTICE OF APPEARANCE** |



TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jamie Gottlieb Furia of Lowenstein Sandler LLP, with offices located at 1251 Avenue of the Americas, New York, NY, 10020, hereby appears on behalf of defendant Heidi Hong Piao a/k/a "Heidi Park."

I certify that I am admitted to practice in the Southern District of New York.

Dated: December 7, 2015

By: _/s/ Jamie Gottlieb Furia_
Jamie Gottlieb Furia
New York State Bar No. 4797148
Lowenstein Sandler LLP
1251 Avenue of the Americas
New York, New York 10020
T: 212.262.6700
F: 212.262.7402
jfuria@lowenstein.com